<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-7518**

─────────────

EMORY ALVIN MICHAU, JR.,

Plaintiff - Appellant,

versus

BRUCE ORR, Detective, Charleston County
Sheriff's Office; JERRY JELLICO, Detective,
Charleston County Sheriff's Office; MR.
TANNER, Detective, Charleston County Sheriff's
Office; CHARLESTON COUNTY SHERIFF'S DEPART-
MENT; CHARLESTON COUNTY; SERGEANT TAGUE,
Charleston County Sheriff's Office; DETECTIVE
BUHLE, Charleston County Sheriff's Office;
DETECTIVE HALE, Charleston County Sheriff's
Office; DETECTIVE TITTLE, Charleston County
Sheriff's Office,

Defendants - Appellees,

and

JACK GUEDALIA, Magistrate of Charleston
County; LEROY LINEN, Magistrate of Charleston
County,

Defendants.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior District
Judge. (CA-96-442-2, CA-96-443-2)

─────────────

Submitted: April 13, 2000          Decided: April 19, 2000

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Emory Alvin Michau, Jr., Appellant Pro Se. John J. Blincow, Jr., David Wright Overstreet, HOOD LAW FIRM, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emory Alvin Michau, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Michau v. Orr</u>, Nos. CA-96-442-2; CA-96-443-2 (D.S.C. Sept. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2